# EXHIBIT 6

**DECLARATION OF ROBERT J. JONES**

I, Dr. Robert J. Jones, declare as follows:

1. I am the Chancellor at the University of Illinois Urbana-Champaign (the "University") in Urbana-Champaign, Illinois. I have held that position since September 26, 2016. I am also a vice president of the University of Illinois System. Before joining the University, I served as president of the State University of New York at Albany for approximately three years and nine months from 2013 to 2016.

2. As Chancellor at the University, I have personal knowledge of the contents of this declaration or have knowledge of the matters based on my review of information and records gathered by University personnel, and could testify thereto.

3. The University of Illinois Urbana-Champaign is a university within the University of Illinois System, which is overseen by the Board of Trustees of the University of Illinois. The Board of Trustees is a body corporate and politic established by the Illinois General Assembly (110 ILCS 305).

4. The University receives substantial annual funding from the Department of Energy ("DOE"). In Fiscal Year 2024 (July 1, 2023 – June 30, 2024), the University had 200 unique Principal Investigators ("PIs") involved in DOE funding. The University has 123 active awards with DOE.

5. The funding the University receives from DOE supports critical and cutting-edge research, which millions of Americans benefit from and depend on. For example:

    a. The University's Materials Research Laboratory engages in research activities of critical importance to the United States, including its national security, clean energy, and technological advancements. For example, the University's

1

    Materials Research Laboratory conducts research on radiation-resistant materials, nuclear and hydrogen energy, pathways to convert coal and iron ore to high-value materials, critical minerals, materials for quantum computing, quantum information science and technology, materials separation, and advanced sensors.

b. The University's Center for Exascale-enabled Scramjet Design develops new ways to numerically simulate the extreme conditions of complex multi-physics systems by leveraging the most advanced supercomputers in the world. The research helps facilitate physics-based predictions of advanced weapons to keep Americans more secure and trains engineers and computer scientists on methods to design advanced systems, including advanced chips and computer systems.

c. The University's project "Multi-Metalloporphyrin Synthetic Polymers for Long-Range Charge Transport" is in its final phase of completing critical experiments and disseminating findings on materials for soft electronics used in robotics, energy storage, and solar energy. The research trains the next generation in synthesis, computation, and nanoscale characterization of soft electronics—an area vital to national priorities in robotics, energy storage, and light harvesting.

d. The University's Center for Advanced Bioenergy and Bioproducts Innovation ("CABBI") is developing the scientific knowledge and technological innovations needed for growth and resilience of the United States bioeconomy. By re-designing crops, microbes, and agricultural production systems, CABBI

2

is equipping farmers and industry to provide domestic sources of liquid biofuels, platform chemicals, and diverse bioproducts that can reduce reliance on imported goods and materials. For example, CABBI scientists recently developed technology to more cheaply convert Midwest crops into 3-hydroxypropionate, a chemical with a $15 billion market value that can contribute to manufacture of household goods, medical devices, packaging, textiles, adhesives, and paints. CABBI is one of four DOE-funded Bioenergy Research Centers, which together have produced more than 5,000 research publications and more than 1,000 invention disclosures.

e. The Energy Frontier Research Center for Regenerative Manufacturing of Thermoset Polymers develops transformative manufacturing strategies for thermoset polymers and composites, which are critical for applications in energy production, transportation, national defense, and space structures. This research tracks stability and performance of materials over multiple manufacturing cycles.

f. The Prairie Research Institute ("PRI") Illinois Sustainable Technology Center is engaged in critical research efforts for improved electrical transmission capabilities for electricity in Montana and North Dakota. It has also worked with Public Utilities Commissions and Tribal Nations to implement technologies that will unleash new electrical generating capabilities in the region that will enable the location of data centers.

g. The project "Immersed Boundary Methods for Modeling of Complex Geometry: A Leap Forward in Multiscale Modeling using NekRS" in the

>Department of Nuclear, Plasma, and Radiological Engineering capitalizes on the merger of two advanced technologies—high-end scanning and massive parallel computing—to develop numerical method, integration algorithm, and computer code for immersed boundary analysis. This work seeks to significantly reduce the overhead associated with mesh generation around complex geometric shapes typically encountered in nuclear reactor applications. This work is conducted in collaboration with researchers at Argonne National Laboratory.

6. Indirect costs are essential for supporting this research. DOE's proposal to cut indirect cost rates to 15% would end or seriously jeopardize each of the research projects described in Paragraph 5.

7. Indirect costs include constructing and maintaining state-of-the-art facilities required to meet the current technical requirements of advanced research, as well as the procurement and maintenance of equipment necessary to conduct such research. Without this equipment, the research cannot be conducted.

8. For example, with respect to some of the research initiatives described in Paragraph 5:

>a. The University's Materials Research Laboratory utilizes world-class facilities that include supercomputers, sophisticated instrumentation such as electron microscopes and an ion beam accelerator, and research laboratories with tight environmental and safety controls.
>
>b. The project "Multi-Metalloporphyrin Synthetic Polymers for Long-Range Charge Transport" leverages shared instrumentation and expert staff across the

4

      School of Chemical Sciences and the Materials Research Laboratory. Loss of this infrastructure would immediately interrupt experiments, terminate student and postdoctoral work, and dismantle collaborations with critical partners like Argonne National Laboratory.

  c. The University's Energy Frontier Research Center for Regenerative Manufacturing of Thermoset Polymers includes a unique robotic laboratory to generate a comprehensive database that supports AI-driven discovery of new materials. Loss of funding and overhead would make it impossible to maintain this unique facility, resulting in halting of the database for future endeavors and causing significant loss of competitiveness for U.S. manufacturing.

9. Physical space costs are one of the largest components of indirect costs, and the amount of space available to researchers has a direct and obvious impact on the amount of research that can be done at the University. Planned construction, facility maintenance, and other infrastructure activities supporting the critical research and innovation described herein would be at risk.

10. In addition, indirect costs fund the administration of awards, including staff who ensure compliance with a vast number of regulatory mandates from agencies such as DOE. These mandates serve many important functions, including facilitating research integrity; properly managing and disposing of chemical and biological agents used in research; preventing financial conflicts of interest; managing funds; preventing technologies or national security expertise from being inappropriately accessed by foreign adversaries; and providing the high level of cybersecurity, data storage, and computing environments mandated for regulated data.

11. Recovery of the University's indirect costs is based on predetermined rates that have been contractually negotiated with the federal government.

12. The impact of a reduction in the indirect cost rate would be devastating. In Fiscal Year 2024 (July 1, 2023 – June 30, 2024), the University had $122,705,221 in total expenditures, with $101,369,053 as direct costs and $21,336,168 as facilities and administrative costs. If the facilities and administrative cost rate was limited to 15%, the impact would have been an estimated loss of $15,759,116 compared to Fiscal Year 2024 actuals. In Fiscal Year 2025, the University expects to receive similar DOE funding for direct costs, with corresponding similarities allocated for indirect costs. And over the next five years, the University anticipates receiving an average of $500 million from DOE for annual direct costs. Based on the predetermined indirect cost rate of 58.6% modified total direct costs, which was agreed upon by the federal government for more than a decade, the University thus expects to receive approximately $110 million in indirect cost recovery on an annual basis.

13. For example, if—contrary to what the University negotiated with the federal government—the indirect cost rate for Fiscal Year 2024 had been reduced to 15%, the University's anticipated annual indirect cost recovery would have been reduced from approximately $21 million to approximately $5.6 million. A comparable adverse fiscal impact will occur in Fiscal Year 2025 if the indirect cost rate is reduced to 15%.

14. This reduction will have deeply damaging effects on the University's ability to conduct research from day one. Most critically, it will necessarily and immediately result in staffing reductions across the board. For example, without appropriate funding for indirect costs:

   a. The Energy Frontier Research Center for Regenerative Manufacturing of Thermoset Polymers would have to reduce administrative staffing that helps

       run the center and oversee data management, as well as lab and computing support for the postdoctoral researchers, PhD graduate student research assistants, and undergraduate researchers associated with the center. Loss of critical support and infrastructure for postdoctoral researchers and students will ultimately lead to reduction in scientific workforce in this area.

    b. Many technical staff members who conduct essential components of research at the Center for Exascale-enabled Scramjet Design would lose employment.

    c. Other programs described herein may face similar challenges and be jeopardized.

15. The University has for decades relied on the payment of indirect costs. And until now, it has been able to rely on the well-established process for negotiating indirect cost rates with the government to inform our budgeting and planning. Operating budgets rely on an estimate of both direct and indirect sponsored funding to plan for annual staffing needs (*e.g.*, post-doctoral scholars, PhD students, and other research staff), infrastructure support (*e.g.*, IT networks, regulatory compliance, and grant management support), and facility and equipment purchases.

16. Disruptions to the University's research will also have negative effects in the Urbana-Champaign area, the state of Illinois, and the broader region. The University employs thousands of Illinois residents and collaborates with state and local partners to help solve regional challenges through joint research and innovation. The University's research also fuels spending in the regional economy, including by driving discoveries that launch new ventures, attract private investment, and make a positive social impact. A massive reduction in the University's research budget would immediately and seriously jeopardize these contributions to the local region and the overall economy.

17. Finally, slowdowns or halts in research by the University and other American universities will allow competitor nations that are maintaining their investments in research to surpass the United States on this front, threatening both our Nation's national security and its economic dominance.

18. Nor can the University cover the funding gap itself. While the University maintains an endowment, it is neither feasible nor sustainable for the University to use endowment funds or other revenue sources to offset shortfalls in indirect cost recovery, for several reasons:

   a. Much of the University's endowment is restricted to specific donor-designated purposes, such as scholarships, faculty chairs, and academic programs. The University is not legally permitted to use those funds to cover research infrastructure costs.

   b. Even the portion of the endowment that is unrestricted is subject to a carefully managed annual payout to ensure long-term financial stability for the institution.

   c. The University reinvests nearly all of its revenue into mission-critical activities, leaving little margin to absorb unexpected funding gaps. The University does not generate significant surpluses that could be redirected without impacting core academic priorities such as educational programs and financial aid support for students.

19. Moreover, absorbing the cost of a lower indirect cost rate, even if it were possible, would create long-term budget pressures on the University—which would in turn force reductions in key investments supporting the University's faculty, students, staff, research, and teaching

infrastructure, as well as other critical activities needed to maintain the University's academic excellence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2025, at Champaign, Illinois.

_____
Dr. Robert J. Jones