UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF ENERGY, et al., <br><br> Defendants. | Case No. 25-cv-10912-ADB |

# NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for Defendants.

                                                Respectfully submitted:

                                                LEAH B. FOLEY

                                                United States Attorney

By:   */s/ Nicole M. O'Connor*
        Nicole M. O'Connor
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3112
        nicole.o'connor@usdoj.gov

Date:  April 15, 2025

## CERTIFICATE OF SERVICE

      I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that a true copy of the above document was served upon all counsel of record via this Court's electronic filing system and upon any non-registered participants via first class mail.

Dated:  April 15, 2025

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney