## DECLARATION OF DOUGLAS A. GAGE

I, Douglas A. Gage, Ph.D., declare as follows:

1.      I am the Vice President for Research and Innovation at Michigan State University ("MSU"), I make this declaration in further support of the Plaintiffs' Emergency Motion for a Temporary Restraining Order.

2.      I have personal knowledge of the contents of this declaration, or I have knowledge of the matters based on my review of information and records gathered by MSU personnel and my staff, and could testify thereto.

3.      On April 14, 2025, at 6:04 pm, MSU received an email from a Grants Management Specialist in the Department of Energy's ("DOE") Office of Science Consolidated Service Center. The email contained two attachments: a copy of DOE's Policy Flash 2025-22; and a letter purporting to "conditionally terminat[e]" fifty-seven (57) DOE awards to MSU on thirty days' notice.

4.      Without continued external funding, many of these projects will not be able to proceed. We do not yet know whether additional notices will be issued by the DOE.

5.      Given the current 57 projects identified by DOE for rate cuts or terminations in thirty days, we—along with principal investigators and departments—will need to assess each situation individually, both at the project and position level.

6.      The effect of this notice on staffing for these projects will be most acute. MSU units will need to evaluate whether impacted employees can be reassigned to other roles. Based on the size and scope of the affected projects relative to MSU's total DOE-funded portfolio, we conservatively estimate that approximately 70 individuals may need to be laid off. We will have to start making those decisions this week without action from the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April 2025, in East Lansing, Michigan

*[signature]*

Douglas A. Gage