UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF ENERGY, et al.,<br><br>Defendants. | Case No. 25-cv-10912-ADB |

**STATUS REPORT**

Pursuant to this Court's Order Granting Plaintiffs' Motion For A Temporary Restraining Order (Doc. 34) (the "Order"), Defendants respectfully submit the following status report:

1. In its first status report required by the Order, Defendants stated that they issued a notice and provided a copy of the Order on SAM.gov, the U.S. government's official system for communicating with contractors and grantees. Doc. 46. Defendants stated further that the Department of Energy ("DOE") Office of Management instructed its Heads of Contracting Officers to direct all DOE Grant Officials and Contracting Officers who administer active DOE grants involving Institutions of Higher Education ("IHE") to provide written notice of the Order via email to each individual IHE grantee in their jurisdiction. Doc. 46.

2. Defendants confirm that, consistent with the Order, they have instructed all components responsible for disbursement (1) not to implement or enforce the indirect cost rate described in the DOE Policy Flash: Adjusting Department of Energy Grant Policy for Institutions

1

of Higher Education, and thus (2) to continue the regular disbursement and obligation of federal financial assistance funds for so long as the terms of the TRO remain in effect.

          Respectfully submitted:

          LEAH B. FOLEY
          United States Attorney

          BRIAN C. LEA
          Deputy Associate Attorney General

By:   */s/ Nicole M. O'Connor*
      Nicole M. O'Connor (BBO#675535)
      Assistant United States Attorney
      United States Attorney's Office
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3112
      Nicole.O'Connor@usdoj.gov

Dated: May 2, 2025

## CERTIFICATE OF SERVICE

    I, Nicole M. O'Connor, hereby certify that a true copy of the above document was served upon all parties of record via this court's electronic filing system and upon any non-registered parties via regular mail.

Dated: May 2, 2025                                        */s/ Nicole M. O'Connor*
                                                                     Nicole M. O'Connor
                                                                     Assistant U.S. Attorney