IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.*<br><br>                Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF ENERGY, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-10912-ADB |

**JOINT MOTION TO STAY ALL DEADLINES**

      Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 16(b)(2), the parties jointly move for a stay of all deadlines and proceedings in this case pending the Court's ruling on the Defendants' Unopposed Motion for Entry of Final Judgment (the "Motion") (Doc. No. 68). "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Cannon v. Aetna Life Ins. Co.*, No. 14-CV-12546, 2015 WL 3766923, at *5 (D. Mass. June 17, 2015) (quoting *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). Good cause exists for this request.

      Defendants' response to the complaint currently is due July 1, 2025. Doc. No. 64. That deadline, and any other deadlines and further proceedings in this litigation, would be obviated by the relief requested in the Consent Motion.

      No party will be prejudiced by the relief requested in this motion, and it will conserve the parties' and the Court's resources.

      For the foregoing reasons, the parties respectfully ask the Court to grant this Joint Motion.

1

Respectfully submitted:

**PLAINTIFFS,**

| | |
|---|---|
| JENNER & BLOCK LLP | CLEMENT & MURPHY, PLLC |
| By: */s/ Lindsay C. Harrison* | By: */s/ Paul D. Clement* |
| Ishan K. Bhabha (*pro hac vice*)<br>Lindsay C. Harrison (*pro hac vice*)<br>Lauren J. Hartz (*pro hac vice*)<br>Elizabeth Henthorne (*pro hac vice*)<br>Anjali Motgi (*pro hac vice*)<br>Zachary C. Schauf (*pro hac vice*)<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>LHarrison@jenner.com<br>IBhabha@jenner.com<br>LHartz@jenner.com<br>BHenthorne@jenner.com<br>AMotgi@jenner.com<br>ZSchauf@jenner.com | Paul D. Clement (*pro hac vice*)<br>James Y. Xi (*pro hac vice*)<br>Kyle R. Eiswald (*pro hac vice*)<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel: (202) 742-8900<br>paul.clement@clementmurphy.com<br>james.xi@clementmurphy.com<br>kyle.eiswald@clementmurphy.com<br><br>*Attorneys for Association of American Universities, Association of Public and Land-grant Universities, and American Council on Education* |
| Shoba Pillay, Ill. Bar No. 6295353<br>353 N Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>SPillay@jenner.com | |

*Attorneys for All Plaintiffs*

**DEFENDANTS,**

LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office

2

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3112
Nicole.O'Connor@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 27, 2025                                          /s/ Nicole M. O'Connor
                                                              Nicole M. O'Connor
                                                              Assistant United States Attorney