IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF ENERGY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-10912-ADB |

**[PROPOSED] ORDER STAYING ALL DEADLINES**

Pending before the Court is the parties' Joint Motion to Stay All Deadlines. After reviewing the motion, and for good cause shown, the Court is of the opinion that the motion should be **GRANTED**.

For reasons stated in the parties' Joint Motion to Stay All Deadlines, it is hereby **ORDERED** that this case is **STAYED** pending further Order from this Court.

It is **SO ORDERED**.

Signed this \_\_\_\_ of June, 2025.

_____
ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

1