# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:25-cv-10912-ADB |
| DEPARTMENT OF ENERGY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants Department of Energy and Chris Wright, in his official capacity as Secretary of the Department of Energy, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this case on June 30, 2025, Doc No. 71, as well as from all interlocutory orders merged into that judgment, including the court's preliminary injunction of May 15, 2025, Doc No. 62.

Dated: July 31, 2025

Respectfully submitted:

LEAH B. FOLEY
United States Attorney

BRIAN C. LEA
Deputy Associate Attorney General

By: */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112

nicole.o'connor@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 31, 2025

*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney