UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption: Association of American Universities et al v. Department of Energy et al

District Court Number: 25cv10912-ADB

Fee: Paid? Yes ____ No ____    Government filer  X     In Forma Pauperis Yes ____ No ____

Motions Pending    Yes ____ No  X     Sealed documents    Yes ____ No  X
If yes, document # _____         If yes, document # _____

Ex parte documents   Yes ____ No  X     Transcripts    Yes  X  No ____
If yes, document # _____         If yes, document # 56

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#62 Memorandum and Order, #71 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#62, #71, and #72

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 72  filed on July 31, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 31, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**