# United States Court of Appeals
## For the First Circuit

No. 25-1727

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON
EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES;
BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; CORNELL
UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS;
MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY
OF MICHIGAN; BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY;
TRUSTEES OF PRINCETON UNIVERSITY; UNIVERSITY OF ROCHESTER,

Plaintiffs - Appellees,

v.

DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of the
Department of Energy,

Defendants - Appellants.

### MANDATE

Entered: March 16, 2026

In accordance with the judgment of March 16, 2026, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ishan Kharshedji Bhabha
Paul D Clement
Kyle Raymond Eiswald
Jessica Lynn Ellsworth
August E. Flentje
Abraham R. George
Lindsay C. Harrison
Lauren J. Hartz

Elizabeth Henthorne
Donald Campbell Lockhart
Eric Dean McArthur
Nicole Marie O'Connor
Shoba Pillay
Zachary C. Schauf
Brett Allen Shumate
Jackson Bruce Skeen
Jennifer Utrecht
James Xi