**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-10912-ADB |
| DEPARTMENT OF ENERGY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
FOR LIMITED DISCOVERY**

Before the Court is Defendants' Motion for Limited Discovery (the "Motion").  In the Motion, Defendants seek leave to propound two interrogatories on Plaintiff Association of American Universities ("AAU") to assess eligibility to recover fees under EAJA.

Finding good cause and for the reasons stated in the Motion, the Court hereby **ORDERS** that Defendants' Motion is **GRANTED**.

Accordingly, Defendants may serve the proposed interrogatories within 7 days of this order. AAU shall respond within 14 days of the date that the interrogatories are served.

**SO ORDERED**.

_____
Hon. Allison D. Burroughs
United States District Judge